1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   AARON THORNTON,                           1:14-cv-00367-SKO (PC)

12                 Plaintiff,                   ORDER TRANSFERRING CASE TO THE
                                                CENTRAL DISTRICT OF CALIFORNIA
13        v.

14   ROBERT ZESOTARSKI,

15                 Defendant.

16

17        Plaintiff, a patient at Atascadero State Hospital, has filed a civil rights action pursuant to

18   42 U.S.C. § 1983.  The federal venue statute requires that a civil action, other than one based on

19   diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

20   defendants reside in the same state, (2) a judicial district in which a substantial part of the events

21   or omissions giving rise to the claim occurred, or a substantial part of the property that is the

22   subject of the action is situated, or (3) a judicial district in which any defendant may be found, if

23   there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

24        In this case, the defendant, a physician at the hospital, neither works nor resides in this

25   district.  The claim arose in San Luis Obispo County, which is in the Central District of

26   California.  Therefore, plaintiff's claim should have been filed in the United States District Court

27   for the Central District of California.  In the interest of justice, a federal court may transfer a

28   complaint filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v.

1

1    <u>McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

2         Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United

3    States District Court for the Central District of California.

4

5    IT IS SO ORDERED.

6       Dated:    **March 20, 2014**            **/s/ Sheila K. Oberto**

7                                     UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28